IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PEREZ,  ) | No. C 06-00388 JW (PR) |
| Plaintiff,  ) | |
| ) | ORDER SETTING NEW BRIEFING SCHEDULE |
| vs.  ) | |
| SANTA CLARA COUNTY, et al.,  ) | |
| Defendant(s).  ) | |

Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983. Because plaintiff had not communicated with the Court for over nine months, the Court ordered plaintiff to file a notice of intent to prosecute within thirty days of February 29, 2008, in order to proceed with the action. On March 26, 2008, plaintiff filed a notice of intent to prosecute with a notice of change of address.

Accordingly, the Court sets forth the following briefing schedule:

1. Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claims in the amended complaint found to be cognizable in the Court's Order of Service filed January 9, 2008, no later than **sixty (60) days** from the date of this order.

2. Plaintiff's opposition to the dispositive motion shall be filed with the

Order Setting New Briefing Schedule
G:\PRO-SE\SJ.JW\CR.06\Perez388_sched-order.wpd

1  Court and served on defendants no later than **thirty (30) days** from the date
2  defendants' motion is filed.
3      3.      Defendants shall file a reply brief no later than **fifteen (15) days** after
4  plaintiff's opposition is filed.

**All other provisions of the Court's Order of Service filed January 9, 2008, shall remain in effect.**

Extensions of time are not favored, though reasonable extensions will be granted. However, the party making the motion for an extension of time is not relieved from his or her duty to comply with the deadlines set by the Court merely by having made a motion for an extension of time. The party making the motion must still meet the deadlines set by the Court until an order addressing the motion for an extension of time is received. Any motion for an extension of time must be filed no later than the deadline sought to be extended.

DATED:  April 3, 2008

JAMES WARE
United States District Judge

Order Setting New Briefing Schedule
G:\PRO-SE\SJ.JW\CR.06\Perez388_sched-order.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS PEREZ,

        Plaintiff,

  v.

SANTA CLARA COUNTY, et al.,

        Defendants.

Case Number: CV06-00388 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/4/2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Perez no. 96523-011
Federal Correctional Complex I
PO Box 5300
Adelanto, CA 92301

Dated: 4/4/2008

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk